UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                                            Chapter 13

JEAN LABANOWSKI,                             Case No. 06-B-36067

                                 Debtors,
------------------------------------------------------x

                      TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

      CLAIMANT(s)' NAME &
      <u>LAST KNOWN ADDRESS</u>                                <u>AMOUNT OF DIVIDEND</u>

      William & Helen Plecan                                      $2.62
      72 Pierce Circle
      New Hampton, New York 10958

   Trustee's check to your order in the sum of $2.62 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
         April 19, 2011

                                                               Respectfully submitted,
                                                               */s/ Jeffrey L. Sapir*
                                                               JEFFREY L. SAPIR
                                                               Standing Chapter 13 Trustee